

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00048-CR

DONNIE GRAVES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 43,052-A

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Donnie Graves has filed a motion to dismiss this appeal. The motion was signed by both Graves and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted:     November 2, 2016
Date Decided:       November 3, 2016

Do Not Publish